AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
December 14, 2023
2023 DEC 14  AM 8:31
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __AM__ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 2:19CR03281DCG-002 |
| Desiree Marie Mendoza | ) USM No: 43632-480 |
| Date of Original Judgment: 12/01/2021 | ) |
| Date of Previous Amended Judgment: ____ | ) Edgar H. Holguin |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __70__ months is reduced to __57__.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __12/01/2021__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __12-13-23__

*Judge's signature*

Effective Date: __02/01/2024__
*(If different from order date)*

David C. Guaderrama, Senior U.S. District Judge
*Printed name and title*